

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 23 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF(S) v. DERRICK TAYLOR  DEFENDANT(S). | CASE NUMBER 8:22-MJ-00456-DUTY  22-MJ-665  DECLARATION RE OUT-OF-DISTRICT WARRANT |
|---|---|

The above-named defendant was charged by: **UNITED STATES DISTRICT COURT**
in the **Eastern** District of **New York** on **06/22/2022**
at **6:45** ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title **18** U.S.C., Section(s) **1512(c)(2) and 1001(a)(2)**
to wit: **Obstruction & False statements**

A warrant for defendant's arrest was issued by: **Cheryl L. Pollak**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **6/23/22**
           Date

_____     _____
Signature of Agent                Print Name of Agent

**FBI**                           **Special Agent**
Agency                            Title