FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 3 2022

CENTRAL DISTRICT OF CALIFORNIA
BY DVE     DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>8:22-MJ-00456-DUTY |
|---|---|
| DERRICK   TAYLOR<br>USMS# _____   DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/23/2022   6:45   ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

    1001(a)(2), 1512(c)(1), 15

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes   Language: _____

7. Year of Birth: 1961

8. Defendant has retained counsel:  ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): _____

11. Name: Edward Tam   (please print)

12. Office Phone Number: 347-642-0295     13. Agency: FBI

14. Signature: _____     15. Date: 6/23/2022

CR-64 (05/18)          REPORT COMMENCING CRIMINAL ACTION